UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brimfield Housing Authority, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2003-12399RGS |
| ) | |
| Amerada Hess Corporation, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING RULING ON TRANSFER AND CONSOLIDATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
### (Hearing Requested)

Pursuant to Local Rule 7.1, the undersigned defendants ("Defendants") respectfully move for a stay of all proceedings in this action until the Judicial Panel on Multidistrict Litigation ("JPML") determines whether this matter should be transferred to a single court and consolidated with numerous substantially similar actions also before the JPML as part of the existing MDL 1358 (*In re MTBE Product Liability Litigation*).

In support of this Motion, Defendants rely upon the accompanying Memorandum of Law.

### REQUEST FOR ORAL ARGUMENT

Defendants respectfully requests oral argument of the within Motion on the grounds that the within addresses the conservation of the parties, and judicial, resources, and that they believe oral argument will be of assistance to the Court.

Respectfully submitted,

CITGO PETROLEUM CORPORATION,

By its attorneys,

_____
J. Owen Todd (BBO #499480)
Lisa G. Arrowood (BBO #022330)
Kathleen M. Genova (BBO # 563359)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

OF COUNSEL:

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg, LLP
Suite 1100
224 South Michigan Avenue
Chicago, IL 60604

Dated: December 11, 2003

Joining Defendants:

Tracie L. Longman
Andrew G. Wailgum
Seth M. Wilson
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000
(617) 482-3868 (fax)

J. Andrew Langan
Mark S. Lillie
R. Chris Heck
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000
(312) 861-2200 (fax)
   **Attorneys for Atlantic Richfield Company; BP America, Inc.; BP Amoco Chemical Company; BP Company North America Inc.; BP Corporation North America Inc.; BP Global Special Products (America) Inc.; BP Products North America Inc. (formerly known as Amoco Oil Company and misnamed as BP Products North Americas, Inc.)**

Mark E. Tully
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)
   **Attorney for Chelsea Sandwich LLC; Cumberland Farms Incorporated; Global Companies, LLC; Global Montello Group, LLC; Global Petroleum Corporation; and Gulf Oil Limited Partnership**

William L. Parker
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)

Richard E. Wallace
Peter C. Condron
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)
   **Attorneys for Chevron U.S.A., Inc.; Equilon Enterprises, LLC; Motiva Enterprises, LLC; Shell Oil Company; Shell Oil Products Company; Shell Oil Products Company, LLC; Shell Petroleum, Inc.; and Shell Trading (US) Company**

Daniel Rosenfeld
Michael DeMarco
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109
(617) 261-3100
(617) 261-3175 (fax)

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX 77079
(281) 293-1740
(281) 293-3826 (fax)
 **Attorneys for Defendant ConocoPhillips Company and Tosco Corporation**

Deborah E. Barnard
Robin L. Main
Tara Myslinski
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
 **Attorneys for Exxon Mobil Chemical Company, Inc.; Exxon Mobil Corporation; Exxon Mobil Oil Corporation; Exxon Mobil Refining and Supply Company; and Mobil Corporation**

William Kayatta
Pierce Atwood
One Monument Square
Portland, ME 04101
(207) 791-1238
(207) 791-1350

Alan J. Hoffman
Blank Rome LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, PA 19103-6998
(215) 569-5505
(215) 832-5505 (fax)
 **Attorneys for Lyondell Chemical Company**

4

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that I conferred with Plaintiffs' counsel, Celeste Evangelisti of Baron & Budd, P.C., on December 11, 2003 pursuant to Local Rule 7.1 and that she advised me that Plaintiffs oppose this Motion.

Lisa G. Arrowood (BBO # 022330)

## CERTIFICATE OF SERVICE

I, Lisa G. Arrowood, one of the attorneys for CITGO Petroleum Corporation, hereby certify that I caused a copy of the foregoing to be served upon all counsel on the attached Service List, by U.S. Mail, first class postage prepaid, on December 11, 2003.

Lisa G. Arrowood (BBO # 022330)