UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

BRIMFIELD HOUSING AUTHORITY, et al.   :

        Plaintiffs,   :

- vs -   :   No. 2003-12399RGS

AMERADA HESS CORPORATION, et al.,   :

        Defendants.   :

---

FILED
IN CLERK'S OFFICE

2003 DEC 11  P 1:48

Removed from: Suffolk County
Docket No. 03-4623-A

U.S. DISTRICT COURT
DISTRICT OF MASS.

## DISCLOSURE PURSUANT TO RULE 7.1

Defendant **CHEVRON U.S.A., INC.** hereby files this Corporate Disclosure Statement, identifying its parent companies and any publicly traded entity holding ten percent or more of its stock:

        Chevron Texaco Corporation

        Respectfully submitted,

        /s/ Richard E. Wallace, Jr.

        Richard E. Wallace, Jr.
        Peter C. Condron
        WALLACE KING MARRARO & BRANSON PLLC
        1050 Thomas Jefferson Street, N.W.
        Washington, D.C. 20007
        Telephone: 202.204.1000
        Facsimile: 202.204.1001

        and

William L. Parker
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)

Attorneys for Defendant Chevron U.S.A., Inc.

Dated: December 10, 2003

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be mailed, postage prepaid, on December 10, 2003, to all parties named on the attached Service List.

_____
Peter C. Condron