UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

―――――――――――――――――――――――――
BRIMFIELD HOUSING AUTHORITY, et al.   :    Removed from: Suffolk County
                                                                    Docket No. 03-4623-A
          Plaintiffs,

- vs -                                                        :    No. 2003-12399RGS

AMERADA HESS CORPORATION, et al.,    :

          Defendants.                                :
―――――――――――――――――――――――――

## DISCLOSURE PURSUANT TO RULE 7.1

Defendants **EQUILON ENTERPRISES, LLC, MOTIVA ENTERPRISES, LLC, SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY, SHELL OIL PRODUCTS COMPANY, LLC, SHELL PETROLEUM, INC.,** and **SHELL TRADING (US) COMPANY** hereby file this Corporate Disclosure Statement, identifying their parent companies and any publicly traded entity holding ten percent or more of their stock:

    Royal Dutch Petroleum Company

    The "Shell" Transport and Trading Company p.l.c.

                                  Respectfully submitted,

                                  /s/

                                  Richard E. Wallace, Jr.
                                  Peter C. Condron
                                  WALLACE KING MARRARO & BRANSON PLLC
                                  1050 Thomas Jefferson Street, N.W.
                                  Washington, D.C.  20007
                                  Telephone:  202.204.1000
                                  Facsimile:  202.204.1001

                                  and

William L. Parker
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)

Attorneys for Defendants Equilon Enterprises, LLC, Motiva Enterprises, LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., and Shell Trading (US) Company,

Dated: December 10, 2003

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be mailed, postage prepaid, on December 10, 2003, to all parties named on the attached Service List.

_____
Peter C. Condron

## SERVICE LIST
*Brimfield Housing Authority v. Hess, et al.*

**Attorneys for Plaintiffs:**

Richard M. Sandman
Rodman, Rodman & Sandman, P.C.
442 Main Street
Suite 300
Malden, MA 02148-5122

Robert J. Gordon
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038
(212) 558-5500
(212) 344-5461 (fax)

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
(214) 521-3605

**Attorneys for Defendants:**

Mindy G. Davis
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 783-0800
(202) 383-6610 (fax)
*Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal Oil New England, Inc., El Paso CGP Company, El Paso Corporation, El Paso Merchant Energy-Petroleum Company*

Tracie L. Longman
Andrew G. Wailgum
Seth M. Wilson
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000
(617) 482-3868 (fax)
        and

J. Andrew Langan
Mark S. Lillie
R. Chris Heck
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000
(312) 861-2200 (fax)
        and

Peter Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675
(212) 446-4800
(212) 446-4900 (fax)
*Attorneys for Atlantic Richfield Company; BP America, Inc.; BP Amoco Chemical Company; BP Company North America Inc.; BP Corporation North America Inc.; BP Global Special Products (America) Inc.; BP Products North America Inc. (formerly known as Amoco Oil Company and misnamed as BP Products North Americas, Inc.)*

2

John Fanning
Cullen and Dykman Bleakley Platt LLP
177 Montague Street
Brooklyn, NY 11201
(718) 780-0085
(718) 935-1509 (fax)
***Attorney for Getty Petroleum Marketing, Inc.***

John McGahren
Kristi Midboe Miller
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-7270
(973) 639-7298 (fax)
***Attorney for Getty Properties Corp.***

William Kayatta
Pierce Atwood
One Monument Square
Portland, ME 04101
(207) 791-1238
(207) 791-1350
                    and
Alan J. Hoffman
Blank Rome LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998
(215) 569-5505
(215) 832-5505 (fax)
***Attorneys for Lyondell Chemical Co.***

Brendan M. Dixon
Deputy General Counsel
Unocal Corporation
376 S. Valencia Avenue
Brea, CA 92823
(714) 577-2933
(714) 577-2980 (fax)
***Attorney for Unocal Corporation***

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX 77079
(281) 293-1740
(281) 293-3826 (fax)
***Attorneys for ConocoPhillips Company***

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I Street, NW
Suite 700
Washington, DC 20005
(202) 789-6020
(202) 789-6190 (fax)
***Attorneys for Sunoco Inc., Sunoco Inc. (R&M)***

Mark E. Tully
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)
***Attorneys for Chelsea Sandwich LLC; Cumberland Farms Incorporated; Global Companies, LLC; Global Montello Group, LLC; Global Petroleum Corporation; and Gulf Oil Limited Partnership***

3

Andrew Lapayowker
Vice President, General Counsel
and Secretary
Legal Department
Crown Central Petroleum Corporation
One North Charles Street (21201)
Post Office Box 1168
Baltimore, MD 21203
(410) 659-4834
(410) 659-4763 (fax)
                and
Ben M. Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
(860) 240-2926
(860) 240-2818 (fax)
***Attorney for Crown Central Petroleum Corporation***

Steven L. Leifer
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7723
(202) 585-1040 (fax)
***Attorneys for Marathon Ashland Petroleum LLC; Marathon Oil Company; and Marathon Oil Corporation***

Wayne F. Dennison
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8247
(617) 856-8201 (fax)
                and
Joseph C. Kearfott
Stuart A. Raphael
Shawn A. Copeland
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
(804) 788-8200
(804) 788-8218 (fax)
***Attorneys for Koch Industries Inc.***

Paul J. Hogan
Joseph W. Martini
Amy McCallan
Karen Mignone
Pepe & Hazard LLP
225 Franklin Street, 16th Floor
Boston, MA 02110
(617) 748-5500
(617) 748-5555 (fax)
                and
Dan H. Ball
John W. Rogers
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2200 (Ball)
(314) 259-2009 (Rogers)
(314) 259-2020 (fax)
***Attorneys for Premcor, Inc. and The Premcor Refining Group, Inc.***

4

Peter J. Sacripanti
James A. Pardo
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 547-5400
(212) 547-5444 (fax)
and
Deborah E. Barnard
Robin L. Main
Tara Myslinski
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
*Attorneys for Exxon Mobil Chemical Company, Inc.; Exxon Mobil Corporation; Exxon Mobil Oil Corporation; Exxon Mobil Refining and Supply Company; and Mobil Corporation*

Tracie J. Renfroe
Bracewell & Patterson
711 Louisiana Street
Suite 2900
Houston, TX 77002-2781
(713) 221-1404
(713) 221-2123 (fax)
*Attorneys for Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company*

Charles Siddons
McMillan Constabile, LLP
777 Summer Street
Stamford, CT 06901
and
Randle B. Carpenter
CARPENTERS
River House - Suite 2
29 Hazel Lane
Larchmont, NY 10538
(914) 834-6669
(914) 834-3109 (fax)
*Attorneys for Star Supply Petroleum Inc.*

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718 (fax)
and
Kathleen M. Genova
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626
(617) 720-2626 (fax)
*Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemical Inc.*

5