UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
IN CLERKS OFFICE
2003 DEC 15 P 1:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TOWN OF DUXBURY, et al., ] | |
| Plaintiffs ] | |
| ] | CIVIL ACTION |
| v. ] | NO. 03-12399-RGS |
| ] | |
| AMERADA HESS CORPORATION, ] | BBO #546461 (Longman) |
| et al., ] | BBO #631965 (Wailgum) |
| Defendants ] | BBO #640270 (Wilson) |

**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANTS
ATLANTIC RICHFIELD COMPANY, BP AMERICA INC.,
BP AMOCO CHEMICAL COMPANY,
BP COMPANY NORTH AMERICA INC., BP CORPORATION
NORTH AMERICA INC., BP GLOBAL SPECIAL PRODUCTS
(AMERICA) INC., AND BP PRODUCTS NORTH AMERICA INC.
(FORMERLY KNOWN AS AMOCO OIL COMPANY,
AND MISNAMED AS BP PRODUCTS NORTH AMERICAS, INC.)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, defendants Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc., BP Global Special Products (America) Inc., and BP Products North America Inc. (formerly known as Amoco Oil Company, and misnamed as BP Product North Americas, Inc.) submit the following Corporate Disclosure Statement:[1]

---

[1] To the extent the Complaint erroneously names BP entities that do not exist or no longer exist, a corporate disclosure statement cannot be filed for such fictitious or non-existent entities.

1. Atlantic Richfield Company's parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

2. BP America Inc.'s parent corporation is BP p.l.c. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

3. BP Amoco Chemical Company's parent corporation is BP Company North America Inc. BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP p.l.c. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

4. BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP p.l.c. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

5. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP p.l.c. BP p.l.c. does not

have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

6.  BP Global Special Products (America) Inc.'s parent corporation is Burmah Castrol Holdings Inc. Burmah Castrol Holdings Inc.'s parent corporation is Castrol North America Inc. Castrol North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP p.l.c. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

7.  BP Products North America Inc.'s parent corporation is BP Company North America Inc. BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP p.l.c. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

DEFENDANTS ATLANTIC RICHFIELD COMPANY, BP AMERICA INC., BP AMOCO CHEMICAL COMPANY, BP COMPANY NORTH AMERICA INC., BP CORPORATION NORTH AMERICA INC., BP GLOBAL SPECIAL PRODUCTS (AMERICA) INC., AND BP PRODUCTS NORTH AMERICA INC.

By their attorneys,

_/s/ Tracie L. Longman_
Tracie L. Longman (BBO #546461)
Andrew G. Wailgum (BBO #631965)
Seth M. Wilson (BBO #640270)
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110-2320
Telephone:    (617) 457-4000
Facsimile:    (617) 482-3868

OF COUNSEL:

J. Andrew Langan
Mark S. Lillie
R. Chris Heck
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone: (312) 861-2000
Facsimile:  (312) 861-2200

Peter Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4675
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900

## CERTIFICATE OF SERVICE

    I, Tracie L. Longman, one of the attorneys for Atlantic Richfield Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc., BP Global Special Products (America) Inc. and BP Products North America Inc., hereby certify that I caused a copy of the foregoing to be served upon all counsel on the attached Service List, by U.S. Mail, first class postage prepaid, on December 12, 2003.

                                                                                   Tracie L. Longman (BBO #546461)

## SERVICE LIST

**Attorneys for Plaintiffs:**

Richard M. Sandman
Rodman, Rodman & Sandman, P.C.
442 Main Street
Suite 300
Malden, MA 02148-5122

Robert Gordon
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
(214) 521-3605

**Attorneys for Defendants:**

Mindy G. Davis
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 783-0800
(202) 383-6610 (fax)
*Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal Oil New England, Inc., El Paso CGP Company, El Paso Corporation, El Paso Merchant Energy-Petroleum Company*

John Fanning
Cullen and Dykman Bleakley Platt LLP
177 Montague Street
Brooklyn, NY 11201
(718) 780-0085
(718) 935-1509 (fax)
*Attorney for Getty Petroleum Marketing, Inc.*

John McGahren
Kristi Midboe Miller
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-7270
(973) 639-7298 (fax)
*Attorney for Getty Properties Corp.*

Alan J. Hoffman
Blank Rome LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998
(215) 569-5505
(215) 832-5505 (fax)
*Attorneys for Lyondell Chemical Co.*

Brendan M. Dixon
Deputy General Counsel
Unocal Corporation
376 S. Valencia Avenue
Brea, CA 92823
(714) 577-2933
(714) 577-2980 (fax)
*Attorney for Unocal Corporation*

Steven L. Leifer
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7723
(202) 585-1040 (fax)
*Attorney for Marathon Ashland Petroleum LLC; Marathon Oil Company; and Marathon Oil Corporation*

Mark E. Tully
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)
*Attorneys for Chelsea Sandwich LLC; Cumberland Farms Incorporated; Global Companies, LLC; Global Montello Group, LLC; Global Petroleum Corporation; and Gulf Oil Limited Partnership*

Paul J. Hogan
Joseph W. Martini
Amy McCallan
Karen Mignone
Pepe & Hazard LLP
225 Franklin Street, 16th Floor
Boston, MA 02110
(617) 748-5500
(617) 748-5555 (fax)
        and
Dan H. Ball
John W. Rogers
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2200 (Ball)
(314) 259-2009 (Rogers)
(314) 259-2020 (fax)
*Attorneys for Premcor, Inc. and The Premcor Refining Group, Inc.*

William L. Parker
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)
        and
Peter C. Condron
Richard E. Wallace, Jr.
Wallace King Mararo & Branson
1050 Thomas Jefferson St., NW
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)
*Attorneys for Chevron U.S.A., Inc., individually and formerly known as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company); Equilon Enterprises, LLC, individually and also known as Shell Oil Products US; Motiva Enterprises, LLC; Shell Oil Company; Shell Oil Products Company; Shell Oil Products Company, LLC; Shell Petroleum, Inc.; Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco*

Andrew Lapayowker
Vice President, General Counsel
and Secretary
Legal Department
Crown Central Petroleum Corporation
One North Charles Street (21201)
Post Office Box 1168
Baltimore, MD 21203
(410) 659-4834
(410) 659-4763 (fax)
        and
Ben M. Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
(860) 240-2926
(860) 240-2818 (fax)
*Attorneys for Crown Central Petroleum Corporation*

Wayne F. Dennison
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8247
(617) 856-8201 (fax)
        and
Joseph C. Kearfott
Stuart A. Raphael
Shawn A. Copeland
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
(804) 788-8200
(804) 788-8218 (fax)
*Attorneys for Koch Industries Inc.*

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I Street, NW
Suite 700
Washington, DC 20005
(202) 789-6020
(202) 789-6190 (fax)
*Attorney for Sunoco Inc., Sunoco Inc. (R&M)*

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX 77079
(281) 293-1740
(281) 293-3826 (fax)
*Attorney for ConocoPhillips Company*

Peter J. Sacripanti
James A. Pardo
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 547-5400
(212) 547-5444 (fax)
    and
Deborah E. Barnard
Robin L. Main
Tara Myslinski
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
*Attorneys for Exxon Mobil Chemical Company, Inc.; Exxon Mobil Corporation; Exxon Mobil Oil Corporation; Exxon Mobil Refining and Supply Company; and Mobil Corporation*

Charles Siddons
McMillan Constabile, LLP
777 Summer Street
Stamford, CT 06901
    and
Randle B. Carpenter
CARPENTERS
River House - Suite 2
29 Hazel Lane
Larchmont, NY 10538
(914) 834-6669
(914) 834-3109 (fax)
*Attorneys for Star Supply Petroleum Inc.*

Tracie J. Renfroe
Bracewell & Patterson
711 Louisiana Street
Suite 2900
Houston, TX 77002-2781
(713) 221-1404
(713) 221-2123 (fax)
*Attorney for Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company*

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718 (fax)

and

J. Owen Todd
Lisa G. Arrowood
Kathleen M. Genova
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626
(617) 720-2626 (fax)
*Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemical Inc.*

265873                                11