FILED
IN CLERKS OFFICE

2003 DEC -4 P 3: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                    )
Brimfield Housing Authority, et. al.,    )
                                    )
          Plaintiffs,               )
                                    )
v.                                  )      Civil Action No. 2003-12399RGS
                                    )
Amerada Hess Corporation, et al.,       )
                                    )
          Defendants.               )
                                    )
```

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
### (Memorandum Incorporated)

Pursuant to Local Rule 7.1 and Fed. R. Civ. P. 6(b), defendant, CITGO Petroleum Corporation ("CITGO"), respectfully moves this Court for entry of an Order granting an extension of time, on behalf of all Defendants in this action, to answer or move with respect to the First Amended Complaint until the later of (a) January 9, 2004 or (b) ten days after a ruling by this Court as to whether this action was properly removed or will be remanded to state court. As grounds, CITGO states as follows:

1.     This is the first motion for extension of time by any of the Defendants.

2.     Further, Plaintiffs have indicated that they intend to seek a remand of this case to state court. Counsel for Plaintiffs and Defendants are in agreement that it is more efficient to resolve the motion for remand before Defendants are required to answer or present other defenses and objections to the Complaint. Counsel for Plaintiffs thus have no objection to this motion.

3.    Additionally, all Defendants have consented to this motion.

Dated this ___4ᵗʰ___ day of December, 2003.

Respectfully submitted,

CITGO PETROLEUM CORPORATION,

By its attorneys,

J. Owen Todd (BBO #499480)
Lisa G. Arrowood (BBO #022330)
Kathleen M. Genova (BBO # 563359)
Todd & Weld LLP
28 State Street, 31ˢᵗ Floor
Boston, MA 02109
(617) 720-2626


OF COUNSEL:

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg, LLP
Suite 1100
224 South Michigan Avenue
Chicago, IL 60604
(312) 660-7625
(312) 692-1718 (facsimile)

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that co-counsel for CITGO, Pamela R. Hanebutt of Eimer Stahl Klevorn & Solberg LLP, which firm is CITGO's lead counsel in this matter, has advised me that she conferred with Plaintiffs' counsel, Rene Melancon of Barn & Budd, on December 4, 2003 and that she advised me that Plaintiffs' counsel indicated Plaintiffs do not oppose this Motion.

Kathleen M. Genova (BBO # 563359)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within document was served upon plaintiffs' counsel by federal express and upon all other counsel of record by sending copies of the same to them by first-class mail, postage pre-paid, this 4th day of December, 2003.

Kathleen M. Genova