UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Town of Duxbury, et. al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 2003-12399-RGS |
| Amerada Hess Corporation, et al., | ) |
| Defendants. | ) |

### ~~(PROPOSED)~~ ORDER OF STAY

It is hereby ORDERED:

This civil action, 2003-12399-RGS, is STAYED pending a determination by the Judicial

Panel on Multidistrict Litigation on conditional transfer as stipulated to by counsel on December

19, 2003 in the matters of In re: Methyl Tertiary Butyl Ether Products Liability Litigation,

United States District Court, Multi District Litigation, Docket No. 00-MDL-1358-SAS, and

County of Nassau et al. v. Amerada Hess et al., United States District Court, Southern District of

New York, Docket No. 03-CV-9543-SAS, and further order of this Court.

SO ORDERED:

Richard G. Stearns
United States District Judge

Dated: December 24, 2003