UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Town of Duxbury, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Amerada Hess Corporation, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 2003-12399 (RGS) |

**STIPULATION REGARDING STAY**

WHEREAS, a conference was held before the Honorable Shira A. Scheindlin on December 19, 2003, and the parties present stipulated on the record, inter alia, that MTBE-related actions which counsel present at the conference controlled, such as the instant action, should be stayed and transferred to Judge Scheindlin, sitting in her capacity as the assigned judge for In Re: Methyl Tertiary Butyl Ether ("MTBE") Litigation (hereinafter "MDL No. 1358"), that counsel would not oppose the issuance of a conditional transfer order by the Judicial Panel for Multidistrict Litigation (subject to and without waiving plaintiffs' objections to federal jurisdiction and any defendant's objections to personal jurisdiction), and that all motions for remand which are pending before Judge Scheindlin would then be heard by Judge Scheindlin on an expedited briefing schedule;

WHEREAS, in an Order dated December 23, 2003, Judge Scheindlin, sitting in her capacity as the assigned judge for In Re: Methyl Tertiary Butyl Ether ("MTBE") Litigation (hereinafter "MDL No. 1358"), indicated that "all proceedings in the cases set forth in the attached Schedule should be stayed pending transfer to this Court sitting in its capacity as the

## SERVICE LIST
*Brimfield Housing Authority v. Hess, et al. (Suffolk County)*

**Attorneys for Plaintiffs:**

Richard M. Sandman
Rodman, Rodman & Sandman, P.C.
442 Main Street
Suite 300
Malden, MA 02148-5122

Robert J. Gordon
Weitz & Luxenberg
180 Maiden Lane
New York, NY  10038
(212) 558-5500
(212) 344-5461 (fax)

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
(214) 521-3605

**Attorneys for Defendants:**

Mindy G. Davis
Brent H. Allen
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 783-0800
(202) 383-6610 (fax)
davism@howrey.com
allenbrent@howrey.com
*Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal Oil New England, Inc., El Paso CGP Company, El Paso Corporation, El Paso Merchant Energy-Petroleum Company*

Tracie L. Longman
Andrew G. Wailgum
Seth M. Wilson
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000
(617) 482-3868 (fax)
tlongman@murthalaw.com
awailgum@murthalaw.com
and
J. Andrew Langan
Mark S. Lillie
R. Chris Heck
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000
(312) 861-2200 (fax)
alangan@kirkland.com
mark_lillie@chicago.kirkland.com
rcheck@kirkland.com
and
Peter Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675
(212) 446-4800
(212) 446-4900 (fax)
pbellacosa@kirkland.com
*Attorneys for Atlantic Richfield Company; BP America, Inc.; BP Amoco Chemical Company; BP Company North America Inc.; BP Corporation North America Inc.; BP Global Special Products (America) Inc.; BP Products North America Inc. (formerly known as Amoco Oil Company and misnamed as BP Products North Americas, Inc.)*

John Fanning
Cullen and Dykman Bleakley Platt LLP
177 Montague Street
Brooklyn, NY 11201
(718) 780-0085
(718) 935-1509 (fax)
jfanning@cullenanddykman.com
***Attorney for Getty Petroleum Marketing, Inc.***

John McGahren
Kristi Midboe Miller
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-7270
(973) 639-7298 (fax)
john.mcgahren@lw.com
kristimidboe.miller@lw.com
***Attorney for Getty Properties Corp.***

William Kayatta
Pierce Atwood
One Monument Square
Portland, ME 04101
(207) 791-1238
(207) 791-1350
wkayatta@pierceatwood.com
                      and
Alan J. Hoffman
Blank Rome LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998
(215) 569-5505
(215) 832-5505 (fax)
hoffman@blankrome.com
**Attorneys for Lyondell Chemical Co.**

William L. Parker
Fitzhugh, Parker & Alvaro LLP
155 Federal Street
Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)
wparker@fitzhughlaw.com
                      and
Peter C. Condron
Richard E. Wallace, Jr.
Wallace King Mararo & Branson
1050 Thomas Jefferson St., NW
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)
pcondron@wallaceking.com
rwallace@wallaceking.com
*Attorneys for Chevron U.S.A., Inc., individually and formerly known as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company); Equilon Enterprises, LLC, individually and also known as Shell Oil Products US; Motiva Enterprises, LLC; Shell Oil Company; Shell Oil Products Company; Shell Oil Products Company, LLC; Shell Petroleum, Inc.; Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco*

| | |
|---|---|
| Lynn Wright<br>Edwards & Angell, LLP<br>750 Lexington Avenue<br>New York, NY 10022<br>(212) 308-4411<br>(212) 308-4844<br>lwright@EdwardsAngell.com<br>and<br>Brendan M. Dixon<br>Deputy General Counsel<br>Unocal Corporation<br>376 S. Valencia Avenue<br>Brea, CA 92823<br>(714) 577-2933<br>(714) 577-2980 (fax)<br>bmdixon@unocal.com<br>***Attorneys for Unocal Corporation*** | Mark E. Tully<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-1000<br>(617) 523-1231 (fax)<br>ntully@goodwinprocter.com<br>***Attorneys for Chelsea Sandwich LLC;***<br>***Cumberland Farms Incorporated; Global***<br>***Companies, LLC; Global Montello Group,***<br>***LLC; Global Petroleum Corporation; and***<br>***Gulf Oil Limited Partnership*** |
| Andrew Lapayowker<br>Vice President, General Counsel<br>and Secretary<br>Legal Department<br>Crown Central Petroleum Corporation<br>One North Charles Street (21201)<br>Post Office Box 1168<br>Baltimore, MD 21203<br>(410) 659-4834<br>(410) 659-4763 (fax)<br>alapayowker@crowncentral.com<br>and<br>Ben M. Krowicki<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103<br>(860) 240-2926<br>(860) 240-2818 (fax)<br>ben.krowicki@bingham.com<br>***Attorney for Crown Central Petroleum***<br>***Corporation*** | Wayne F. Dennison<br>Brown Rudnick Berlack Israels LLP<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8247<br>(617) 856-8201 (fax)<br>wdennison@brbilaw.com<br>and<br>Joseph C. Kearfott<br>Stuart A. Raphael<br>Shawn A. Copeland<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 E. Byrd Street<br>Richmond, VA 23219<br>(804) 788-8200<br>(804) 788-8218 (fax)<br>jkearfott@hunton.com<br>***Attorneys for Koch Industries Inc.*** |

Steven L. Leifer
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7723
(202) 585-1040 (fax)
sleifer@bakerbotts.com
***Attorneys for Marathon Ashland Petroleum LLC; Marathon Oil Company; and Marathon Oil Corporation***

Paul J. Hogan
Joseph W. Martini
Amy McCallan
Karen Mignone
Pepe & Hazard LLP
225 Franklin Street, 16th Floor
Boston, MA 02110
(617) 748-5500
(617) 748-5555 (fax)
phogan@pepehazard.com
jmartini@pepehazard.com
amccallan@pepehazard.com
kmignone@pepehazard.com
and
Dan H. Ball
John W. Rogers
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2200 (Ball)
(314) 259-2009 (Rogers)
(314) 259-2020 (fax)
dhball@bryancave.com
jwrogers@bryancave.com
***Attorneys for Premcor, Inc. and The Premcor Refining Group, Inc.***

Deborah E. Barnard
Robin L. Main
Tara Myslinski
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
deborah.barnard@hklaw.com
robinmain@hklaw.com
tjmyslinski@hklaw.com
                and
Peter J. Sacripanti
James A. Pardo
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 547-5400
(212) 547-5444 (fax)
osacripanti@halloran-sage.com
jpardo@mwe.com
*Attorneys for Exxon Mobil Chemical Company, Inc.; Exxon Mobil Corporation; Exxon Mobil Oil Corporation; Exxon Mobil Refining and Supply Company; and Mobil Corporation*

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I Street, NW
Suite 700
Washington, DC 20005
(202) 789-6020
(202) 789-6190 (fax)
jguttmann@bdlaw.com
*Attorneys for Sunoco Inc., Sunoco Inc. (R&M)*
Michael E. Liftik
Piper Rudnick LLP
One International Place, 21st Floor
Boston, MA 02210
(617) 406-6112
(617) 406-6012
micha31.Liftik@piperrudnick.com
*Attorneys for Valero Refining and Marketing Company*

Charles Siddons
McMillan Constabile, LLP
777 Summer Street
Stamford, CT 06901

                and
Randle B. Carpenter
CARPENTERS
River House - Suite 2
29 Hazel Lane
Larchmont, NY 10538
(914) 834-6669
(914) 834-3109 (fax)
Randle@Carpenters-law.com
*Attorneys for Star Supply Petroleum Inc.*

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX 77079
(281) 293-1740
(281) 293-3826 (fax)
Rod.G.Smith@conocophillips.com
*Attorneys for ConocoPhillips Company*