UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF DUXBURY, et al., | ) |
| | ) Removed from: |
| Plaintiffs, | ) SUPERIOR COURT OF THE |
| | ) COMMONWEALTH OF |
| vs. | ) MASACHUSETTS, |
| | ) COUNTY OF SUFFLOK |
| | ) DOCKET NO. 03-4623-A |
| | ) |
| AMERADA HESS CORPORATION, et al., | ) CIVIL ACTION NO. 03-CV-12399(RGS) |
| | ) |
| Defendants. | ) |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE**

I, the undersigned counsel of record for Defendant Crown Central Petroleum Corporation, certify that to the best of my knowledge and belief: Crown Central Petroleum Corporation is a privately held corporation. Crown is 100% owned by Rosemore Holdings, Inc., which is 100% owned by Rosemore, Inc. Neither company is publicly held.

Dated: March 10, 2004

**THE DEFENDANT,
CROWN CENTRAL PETROLEUM
CORPORATION**

By: _____
Ben M. Krowicki [ct06513]
**Bingham McCutchen LLP**
One State Street
Hartford, CT 06103-3178
(860) 240-2926
(860) 240-2818 (Fax)
ben.krowicki@bingham.com

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on the 10th day of March, 2004, a copy of the foregoing FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE was served via first class mail, postage prepaid, upon the counsel of record on the attached Service List.

                                           _____
                                           Ben M. Krowicki

General List
03/10/04

## SERVICE LIST

| | |
|---|---|
| Robert J. Gordon<br>C. Sanders McNew<br>Stanley N. Alpert<br>WEITZ & LUXENBERG, P.C.<br>180 Maiden Lane, 17th Floor<br>New York, NY 10038-4925 | Peter John Sacripanti<br>James A. Pardo<br>Stephen Riccardulli<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY 10020 |
| Scott Summy<br>Renee Melancon<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219-4281 | John J. Fanning<br>CULLEN AND DYKMAN<br>BLEAKLEY PLATT LLP<br>177 Montague St.<br>Brooklyn, NY 11201 |
| Mindy G. Davis<br>Brent H. Allen<br>Allen M. Wiseman<br>HOWREY SIMON ARNOLD & WHITE, LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2402 | Mark E. Tully<br>GOODWIN PROCTER, LLP<br>Exchange Place<br>Boston, MA 02109 |
| John S. Guttmann<br>BEVERIDGE & DIAMOND, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, D.C. 20005 | Joseph C. Kearfott<br>Stuart A. Raphael<br>Shawn A. Copeland<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 E. Byrd St.<br>Richmond, VA 23219 |
| J. Andrew Langan<br>Mark S. Lillie<br>R. Chris Heck<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636 | Alan J. Hoffman<br>Laurence Shtasel<br>BLANK ROME LLP<br>One Logan Square<br>Philadelphia, PA 19103 |
| Richard E. Wallace, Jr.<br>Peter C. Condron<br>WALLACE KING MARRARO & BRANSON PLLC<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007 | Steven L. Leifer<br>BAKER BOTTS, L.L.P.<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400 |
| Nathan P. Eimer<br>Pamela R. Hanebutt<br>Lisa S. Meyer<br>EIMER STAHL KLEVORN & SOLBERG<br>224 S. Michigan Avenue, Ste. 1100<br>Chicago, IL 60604 | Dan H. Ball<br>John W. Rogers<br>Paul V. Stearns<br>BRYAN CAVE LLP<br>One Metropolitan Square Bldg.<br>St. Louis, MO 63102 |

CTDOCS:1580952.1

1

General List
03/10/04

## SERVICE LIST

| | |
|---|---|
| Lynn Wright<br>EDWARDS & ANGELL, LLP<br>750 Lexington Ave.<br>New York, NY 10022 | Tracie J. Renfroe<br>J. Clifford Gunter III<br>M. Coy Connelly<br>BRACEWELL & PATTERSON, L.L.P.<br>711 Louisiana Street, Suite 2900<br>Houston, TX 77002-2781 |
| Peter Bellacosa<br>KIRKLAND & ELLIS<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022 | Heather M. Fusco<br>Keith T. Tashima<br>BEVERIDGE & DIAMOND, P.C.<br>477 Madison Ave., 15th Floor<br>New York, NY 10022 |
| John J. Lyons<br>LATHAM & WATKINS<br>633 W. Fifth Street, Suite 4000<br>Los Angeles, CA 90071 | Christopher J. Garvey<br>GOODWIN PROCTER LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| John McGahren<br>Kristi Midboe Miller<br>LATHAM & WATKINS<br>One Newark Center, 16th Floor<br>Newark, NJ 07101 | Brian McGill<br>MCDERMOTT, WILL & EMERY<br>600 Thirteenth Street<br>Washington, D.C. 20005 |

CTDOCS:1580952.1

2