IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

---------------------------------------------x

TOWN OF DUXBURY, *et al.*,

        Plaintiffs,

    v.

AMERADA HESS CORP., *et al.*,

        Defendants.

---------------------------------------------x

Civil Action No. 2003-12399RGS

**RULE 41(A)(1)(i) NOTICE OF DISMISSAL OF BP AMERICA INC.,
BP COMPANY NORTH AMERICA INC., BP CORPORATION
NORTH AMERICA INC., BP GLOBAL SPECIAL PRODUCTS (AMERICA)
INC., AND BP PRODUCTS NORTH AMERICAS INC.**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the following Defendants from this action: BP America Inc., BP Company North America Inc., BP Corporation North America Inc., BP Global Special Products (America) Inc., and BP Products North Americas Inc. This dismissal is without prejudice and each party shall bear its own costs.

Dated: March 19, 2004

_____
Richard M. Sandman
RODMAN, RODMAN & SANDMAN, PC
BBO No. 440940
442 Main Street, Suite 300
Malden, MA 02148-5122
Telephone: (781) 322-3720

Scott Summy
Texas Bar No. 19507500
BARON & BUDD, P.C.
The Centrum Building
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605

Robert J. Gordon
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038
Telephone: (212) 558-5500
Facsimile:  (212) 558-5506

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Plaintiffs' Notice of Dismissal of Certain BP Defendants was mailed, first class mail, postage prepaid, on the ___19___ day of March, 2004 to all Counsel of Record.

***DEFENSE COUNSEL:***
Mindy G. Davis
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 783-0800
(202) 383-6610 (fax)

William M. Cowan
M. Elizabeth Gomperz
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
One Financial Center
Boston, MA  02111
(617) 542-6000
***Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal Oil New England, Inc., El Paso CGP Company, El Paso Corporation, El Paso Merchant Energy-Petroleum Company***

Tracie L. Longman
Andrew G. Wailgum
Seth M. Wilson
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA  02110
(617) 457-4000
(617) 482-3868 (fax)

J. Andrew Langan
Mark S. Lillie
R. Chris Heck
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL  60601-6636
(312) 861-2000
(312) 861-2200 (fax)

Peter Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4675
(212) 446-4800
(212) 446-4900 (fax)
***Attorneys for Atlantic Richfield Company; BP Amoco Chemical Company; BP Products North America Inc.***

John Fanning
Cullen and Dykman Bleakley Platt LLP
177 Montague Street
Brooklyn, NY  11201
(718) 780-0085
(718) 935-1509 (fax)
***Attorneys for Getty Petroleum Marketing Inc.***

Andrew M. Smith
Getty Realty Corp.
125 Jericho Turnpike
Suite 103
Jericho, New York  11753
(516) 478-5451
(516) 478-5490 (fax)

*Attorney for Getty Properties Corp.*

Alan J. Hoffman
Blank Rome LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6998
(215) 569-5500
(215) 832-5505 (fax)
*Attorneys for Lyondell Chemical Co.*

[counsel presently unknown]
*Attorneys for Irving Oil Terminals, Inc.*

William L. Parker
Fitzhugh, Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA  02110-1727
(617) 695-2330
(617) 695-2335 (fax)

Peter C. Condron
Richard E. Wallace, Jr.
Wallace King Marraro & Branson
1050 Thomas Jefferson St., NW
Washington, DC  20007
(202) 204-1000
(202) 204-1001 (fax)
*Attorneys for Chevron USA, Inc., individually and formerly know as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company); Equilon Enterprises, LLC, individually and also known as Shell Oil Products US; Motiva Enterprises LLC; Shell Oil Company; Shell Oil Products Company; Shell Oil Products Company LLC, Shell Petroleum, Inc.; Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco*

Brendan M. Dixon
Deputy General Counsel

Unocal Corporation
376 S. Valencia Avenue
Brea, CA  92823
(714) 577-1933
(714) 577-2980 (fax)
*Attorney for Unocal Corporation*

Andrew Lapayowker
Vice President, General Counsel and Secretary
Legal Department
Crown Central Petroleum Corporation
One North Charles Street (21201)
Post Office Box 1168
Baltimore, MD  21203
(410) 659-4834
(410) 659-4763 (fax)

Ben M. Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
(860) 240-2926
(860) 240-2818 (fax)
**Attorney for Crown Central Petroleum Corporation**

Mark E. Tully
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)
**Attorneys for Chelsea Sandwich LLC; Cumberland Farms Incorporated; Global Companies, LLC; Global Montello Group, LLC; Global Petroleum Corporation; and Gulf Oil Limited Partnership**

Wayne F. Dennison
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8247
(617) 856-8201 (fax)

Joseph C. Kearfott
Stuart A. Raphael
Shawn A. Copeland
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
(804) 788-8200
(804) 788-8218 (fax)
**Attorneys for Koch Industries Inc.**

Steven L. Leifer
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7723
(202) 585-1040 (fax)

William M. Cowan
M. Elizabeth Gomperz
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
One Financial Center
Boston, MA 02111
(617) 542-6000
**Attorneys for Marathon Ashland Petroleum LLC; Marathon Oil Company; and Marathon Oil Corporation**

Paul J. Hogan
Joseph W. Martini
Amy M. McCallan
Karen Mignone
Pepe & Hazard LLP
225 Franklin Street, 16th Floor
Boston, MA 02118
(617) 748-5571
(617) 748-5555 (fax)
amocallen@pepehazard.com

Dan H. Ball
John W. Rogers
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2200 (Ball)
(314) 259-2009 (Rogers)
(314) 259-2020 (fax)
**Attorneys for Premcor, Inc. and The Premcor Refining Group, Inc.**

Peter J. Sacripanti
James A. Pardo
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 547-5400
(212) 547-5444 (fax)

Deborah E. Barnard
Robin L. Main
Tara Myslinski
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
***Attorneys Exxon Mobil Chemical Company Inc.; Exxon Mobil Corporation; Exxon Mobil Oil Corporation; Exxon Mobil Refining and Supply Company; and Mobil Corporation***

John S. Guttman
Beveridge & Diamond, P.C.
1350 I Street, NW
Suite 700
Washington, DC 20005
(202) 789-6020
(202) 789-6190 (fax)
***Attorneys for Sunoco Inc., Sunoco Inc. (R&M)***

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX 77079
(281) 293-1740
(281) 293-3826 (fax)
***Attorneys for ConocoPhillips Company***

Tracie J. Renfroe
Bracewell & Patterson
711 Louisiana Street
Suite 2900
Houston, TX 77002-2781
(713) 221-1404
(713) 221-2123 (fax)
***Attorneys for Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company***

J. Owen Todd
Lisa Arrowood
Kathleen M. Genova
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626
(617) 720-2626 (fax)

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718 (fax)
***Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemical Inc.***