IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

---------------------------------------------x
TOWN OF DUXBURY, *et al.*,        :
                                  :
        Plaintiffs,                :        Civil Action No. 2003-12399RGS
                                  :
    v.                             :
                                  :
AMERADA HESS CORP., *et al.*,      :
                                  :
        Defendants.                :
---------------------------------------------x

### RULE 41(A)(1)(i) NOTICE OF DISMISSAL OF STAR SUPPLY PETROLEUM, INC.

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the following Defendant from this action: Star Supply Petroleum, Inc. This dismissal is without prejudice and each party shall bear its own costs.

Dated: March 19, 2004

_____
Richard M. Sandman
RODMAN, RODMAN & SANDMAN, PC
BBO No. 440940
442 Main Street, Suite 300
Malden, MA 02148-5122
Telephone: (781) 322-3720

Scott Summy
Texas Bar No. 19507500
BARON & BUDD, P.C.
The Centrum Building
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605

Robert J. Gordon
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038
Telephone: (212) 558-5500
Facsimile: (212) 558-5506

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Plaintiffs' Notice of Dismissal of Certain BP Defendants was mailed, first class mail, postage prepaid, on the __19__ day of March, 2004 to all Counsel of Record.

***DEFENSE COUNSEL:***
Mindy G. Davis
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 783-0800
(202) 383-6610 (fax)

William M. Cowan
M. Elizabeth Gomperz
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
One Financial Center
Boston, MA  02111
(617) 542-6000
***Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal Oil New England, Inc., El Paso CGP Company, El Paso Corporation, El Paso Merchant Energy-Petroleum Company***

Tracie L. Longman
Andrew G. Wailgum
Seth M. Wilson
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA  02110
(617) 457-4000
(617) 482-3868 (fax)

J. Andrew Langan
Mark S. Lillie
R. Chris Heck
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL  60601-6636
(312) 861-2000
(312) 861-2200 (fax)

Peter Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4675
(212) 446-4800
(212) 446-4900 (fax)
***Attorneys for Atlantic Richfield Company; BP Amoco Chemical Company; BP Products North America Inc.***

John Fanning
Cullen and Dykman Bleakley Platt LLP
177 Montague Street
Brooklyn, NY  11201
(718) 780-0085
(718) 935-1509 (fax)
***Attorneys for Getty Petroleum Marketing Inc.***

Andrew M. Smith
Getty Realty Corp.
125 Jericho Turnpike
Suite 103
Jericho, New York  11753
(516) 478-5451
(516) 478-5490 (fax)

*Attorney for Getty Properties Corp.*

Alan J. Hoffman
Blank Rome LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998
(215) 569-5500
(215) 832-5505 (fax)
*Attorneys for Lyondell Chemical Co.*

[counsel presently unknown]
*Attorneys for Irving Oil Terminals, Inc.*

William L. Parker
Fitzhugh, Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)

Peter C. Condron
Richard E. Wallace, Jr.
Wallace King Marraro & Branson
1050 Thomas Jefferson St., NW
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)
*Attorneys for Chevron USA, Inc., individually and formerly know as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company); Equilon Enterprises, LLC, individually and also known as Shell Oil Products US; Motiva Enterprises LLC; Shell Oil Company; Shell Oil Products Company; Shell Oil Products Company LLC, Shell Petroleum, Inc.; Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco*

Brendan M. Dixon
Deputy General Counsel

Unocal Corporation
376 S. Valencia Avenue
Brea, CA 92823
(714) 577-1933
(714) 577-2980 (fax)
*Attorney for Unocal Corporation*

Andrew Lapayowker
Vice President, General Counsel and Secretary
Legal Department
Crown Central Petroleum Corporation
One North Charles Street (21201)
Post Office Box 1168
Baltimore, MD 21203
(410) 659-4834
(410) 659-4763 (fax)

Ben M. Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
(860) 240-2926
(860) 240-2818 (fax)
***Attorney for Crown Central Petroleum Corporation***

Mark E. Tully
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)
***Attorneys for Chelsea Sandwich LLC; Cumberland Farms Incorporated; Global Companies, LLC; Global Montello Group, LLC; Global Petroleum Corporation; and Gulf Oil Limited Partnership***

Wayne F. Dennison
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8247
(617) 856-8201 (fax)

Joseph C. Kearfott
Stuart A. Raphael
Shawn A. Copeland
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
(804) 788-8200
(804) 788-8218 (fax)
***Attorneys for Koch Industries Inc.***

Steven L. Leifer
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7723
(202) 585-1040 (fax)

William M. Cowan
M. Elizabeth Gomperz
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
One Financial Center
Boston, MA 02111
(617) 542-6000
***Attorneys for Marathon Ashland Petroleum LLC; Marathon Oil Company; and Marathon Oil Corporation***

Paul J. Hogan
Joseph W. Martini
Amy M. McCallan
Karen Mignone
Pepe & Hazard LLP
225 Franklin Street, 16th Floor
Boston, MA 02118
(617) 748-5571
(617) 748-5555 (fax)
amocallen@pepchazard.com

Dan H. Ball
John W. Rogers
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2200 (Ball)
(314) 259-2009 (Rogers)
(314) 259-2020 (fax)
***Attorneys for Premcor, Inc. and The Premcor Refining Group, Inc.***

Peter J. Sacripanti
James A. Pardo
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 547-5400
(212) 547-5444 (fax)

Deborah E. Barnard
Robin L. Main
Tara Myslinski
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
***Attorneys Exxon Mobil Chemical Company Inc.; Exxon Mobil Corporation; Exxon Mobil Oil Corporation; Exxon Mobil Refining and Supply Company; and Mobil Corporation***

John S. Guttman
Beveridge & Diamond, P.C.
1350 I Street, NW
Suite 700
Washington, DC 20005
(202) 789-6020
(202) 789-6190 (fax)
***Attorneys for Sunoco Inc., Sunoco Inc. (R&M)***

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX 77079
(281) 293-1740
(281) 293-3826 (fax)
***Attorneys for ConocoPhillips Company***

Tracie J. Renfroe
Bracewell & Patterson
711 Louisiana Street
Suite 2900
Houston, TX 77002-2781
(713) 221-1404
(713) 221-2123 (fax)
***Attorneys for Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company***

J. Owen Todd
Lisa Arrowood
Kathleen M. Genova
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626
(617) 720-2626 (fax)

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718 (fax)
***Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemical Inc.***