IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS EASTERN DIVISION

| | | |
|---|---|---|
| TOWN OF DUXBURY, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 2003-12399RGS |
| | : | |
| v. | : | |
| | : | |
| AMERADA HESS CORP., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## RULE 41(A)(1)(i) NOTICE OF DISMISSAL OF PLAINTIFF, TOWN OF NORTON

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs in the above-referenced action dismiss the following co-Plaintiff from this action: Town of Norton only.

This dismissal is without prejudice and each party shall bear its own costs.

Dated: March __19__, 2004

_____
Richard M. Sandman
RODMAN, RODMAN & SANDMAN, PC
BBO No. 440940
442 Main Street, Suite 300
Malden, MA 02148-5122
Telephone: (781) 322-3720

Scott Summy
Texas Bar No. 19507500
BARON & BUDD, P.C.
The Centrum Building
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605

Robert J. Gordon
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038
Telephone: (212) 558-5500
Facsimile:  (212) 558-5506

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Plaintiffs' Notice of Dismissal of the Town of Norton was mailed, first class mail, postage prepaid, on the ___*19*___ day of March 2004 to all Counsel of Record.

**DEFENSE COUNSEL:**

Mindy G. Davis
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 783-0800
(202) 383-6610 (fax)

William M. Cowan
M. Elizabeth Gomperz
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
One Financial Center
Boston, MA  02111
(617) 542-6000
*Attorneys for Amerada Hess Corporation,*
*Coastal Eagle Point Oil Company, Coastal*
*Mobile Refining Company, Coastal Oil New*
*England, Inc., El Paso CGP Company, El*
*Paso Corporation, El Paso Merchant*
*Energy-Petroleum Company*

Tracie L. Longman
Andrew G. Wailgum
Seth M. Wilson
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA  02110
(617) 457-4000
(617) 482-3868 (fax)

J. Andrew Langan
Mark S. Lillie
R. Chris Heck
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL  60601-6636
(312) 861-2000
(312) 861-2200 (fax)

Peter Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4675
(212) 446-4800
(212) 446-4900 (fax)
*Attorneys for Atlantic Richfield Company;*
*BP Amoco Chemical Company; BP Products*
*North America Inc.*

John Fanning
Cullen and Dykman Bleakley Platt LLP
177 Montague Street
Brooklyn, NY  11201
(718) 780-0085
(718) 935-1509 (fax)
*Attorneys for Getty Petroleum Marketing*
*Inc.*

Andrew M. Smith
Getty Realty Corp.
125 Jericho Turnpike
Suite 103
Jericho, New York  11753
(516) 478-5451
(516) 478-5490 (fax)
*Attorney for Getty Properties Corp.*

Alan J. Hoffman
Blank Rome LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998
(215) 569-5500
(215) 832-5505 (fax)
*Attorneys for Lyondell Chemical Co.*

[counsel presently unknown]
*Attorneys for Irving Oil Terminals, Inc.*

William L. Parker
Fitzhugh, Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)

Peter C. Condron
Richard E. Wallace, Jr.
Wallace King Marraro & Branson
1050 Thomas Jefferson St., NW
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)
*Attorneys for Chevron USA, Inc.,
individually and formerly know as Gulf Oil
Corp. (d/b/a Chevron Products Company and
d/b/a Chevron Chemical Company); Equilon
Enterprises, LLC, individually and also
known as Shell Oil Products US; Motiva
Enterprises LLC; Shell Oil Company; Shell
Oil Products Company; Shell Oil Products
Company LLC, Shell Petroleum, Inc.; Shell
Trading (US) Company, individually and
formerly known as Equiva Trading
Company, and also known as Stusco*

Brendan M. Dixon
Deputy General Counsel
Unocal Corporation
376 S. Valencia Avenue
Brea, CA 92823
(714) 577-1933
(714) 577-2980 (fax)
*Attorney for Unocal Corporation*

Andrew Lapayowker
Vice President, General Counsel and
Secretary
Legal Department
Crown Central Petroleum Corporation
One North Charles Street (21201)
Post Office Box 1168
Baltimore, MD 21203
(410) 659-4834
(410) 659-4763 (fax)

Ben M. Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
(860) 240-2926
(860) 240-2818 (fax)
*Attorney for Crown Central Petroleum
Corporation*

Mark E. Tully
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)
*Attorneys for Chelsea Sandwich LLC;
Cumberland Farms Incorporated; Global
Companies, LLC; Global Montello Group,
LLC; Global Petroleum Corporation; and
Gulf Oil Limited Partnership*

Wayne F. Dennison
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111
(617) 856-8247
(617) 856-8201 (fax)

Joseph C. Kearfott
Stuart A. Raphael
Shawn A. Copeland
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA  23219
(804) 788-8200
(804) 788-8218 (fax)
***Attorneys for Koch Industries Inc.***

Steven L. Leifer
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7723
(202) 585-1040 (fax)

William M. Cowan
M. Elizabeth Gomperz
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
One Financial Center
Boston, MA  02111
(617) 542-6000
***Attorneys for Marathon Ashland Petroleum
LLC; Marathon Oil Company; and
Marathon Oil Corporation***

Paul J. Hogan
Joseph W. Martini
Amy M.  McCallan
Karen Mignone
Pepe & Hazard LLP
225 Franklin Street, 16th Floor
Boston, MA  02118
(617) 748-5571
(617) 748-5555 (fax)
amocallen@pepehazard.com

Dan H. Ball
John W. Rogers
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO  63102
(314) 259-2200 (Ball)
(314) 259-2009 (Rogers)
(314) 259-2020 (fax)
***Attorneys for Premcor, Inc. and The
Premcor Refining Group, Inc.***

Peter J. Sacripanti
James A. Pardo
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY  10020-1605
(212) 547-5400
(212) 547-5444 (fax)

Deborah E. Barnard
Robin L. Main
Tara Myslinski
Holland & Knight LLP
10 St. James Ave.
Boston, MA   02116
(617) 523-2700
(617) 523-6850 (fax)
*Attorneys Exxon Mobil Chemical
Company Inc.; Exxon Mobil Corporation;
Exxon Mobil Oil Corporation; Exxon Mobil
Refining and Supply Company; and Mobil
Corporation*

John S. Guttman
Beveridge & Diamond, P.C.
1350 I Street, NW
Suite 700
Washington, DC  20005
(202) 789-6020
(202) 789-6190 (fax)
*Attorneys for Sunoco Inc., Sunoco Inc.
(R&M)*

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX  77079
(281) 293-1740
(281) 293-3826 (fax)
*Attorneys for ConocoPhillips Company*

Tracie J. Renfroe
Bracewell & Patterson
711 Louisiana Street
Suite 2900
Houston, TX  77002-2781
(713) 221-1404
(713) 221-2123 (fax)
*Attorneys for Valero Energy Corporation,
Valero Marketing and Supply Company,
Valero Refining and Marketing Company*

J. Owen Todd
Lisa Arrowood
Kathleen M. Genova
Todd & Weld LLP
28 State Street
Boston, MA   02109
(617) 720-2626
(617) 720-2626 (fax)

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL  60604
(312) 660-7600
(312) 692-1718 (fax)
*Attorneys for CITGO Petroleum Corporation
and CITGO Refining and Chemical Inc.*